# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 17, 2012

Lyle W. Cayce
Clerk

No. 11-50888
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOHN JAMES WILLIAMS,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:09-CR-2525-1

Before JONES, Chief Judge, and JOLLY and SMITH, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, John James Williams raises arguments that he concedes are foreclosed by *United States v. Heth*, 596 F.3d 255, 258-59 & n.3 (5th Cir. 2010), which held that (1) the Sex Offender Registration and Notification Act (SORNA) was a valid exercise of Congress's power under the Commerce Clause, and (2) a defendant's conviction under SORNA does not violate his due process rights despite that (a) the states in which he traveled had not yet implemented SORNA, and (b) he had not received

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-50888

actual notice of SORNA's registration requirements. *See also United States v. Whaley*, 577 F.3d 254, 258-62 (5th Cir. 2009). The Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.